UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00508-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JENNIFER LEE DELAURANT,

        Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#12)** on February 7, 2007 by Defendant Jennifer Lee DeLaurant.  The Court construes this Notice as a motion to change her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.    Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.    A Change of Plea hearing is set for **March 26, 2007**  at **8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.    The final trial preparation conference set for March 2, 2007 and the March 19, 2007 trial date are **VACATED**.

Dated this 7th day of February, 2007

**BY THE COURT:**

Marcia S. Krieger
United States District Judge