UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00508-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JENNIFER LEE DELAURANT,

        Defendant.

## ORDER MODIFYING JUDGMENT AS TO SURRENDER DATE

THIS MATTER is before the Court on the Motion for Extension of Surrender Date **(#24)** and the Government's Response in opposition **(#25)**. Having reviewed the foregoing, the Court

**ORDERS** that the Motion **(#24) is GRANTED**. The Voluntary Surrender Order Supplementing Judgment **( #23)** is hereby amended to require that the Defendant report on July 30, 2007 by 12:00 noon.

Dated this 18th day of July, 2007

                              **BY THE COURT:**

                              *Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge